# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| HALLMARK MARKETING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0379-CV-W-DW |
| | ) | |
| LEONARD M. LEIBENHAUT, et al., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 20). Plaintiff filed its Complaint on May 5, 2006 and Defendants filed their Answer on July 7, 2006. On October 19, 2006, an entry was made in the docket for this action indicating the parties have settled per the Early Assessment Program. Under Rule 41 of the Federal Rules of Procedure, voluntary dismissal by plaintiff *after* the Answer has been served can be effected by joint stipulation or by order of the Court. As Plaintiff's filing is not signed by all the parties, the Court will treat it as a motion for dismissal with prejudice. The Court GRANTS the motion and hereby DISMISSES this action *with prejudice*, the parties to bear their own costs.

Date: November 21, 2006

/s/ DEAN WHIPPLE
Dean Whipple
United States District Court